**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America, | No. 3:16-CV-07095 (EDL) |
| Plaintiff, | |
| v. | |
| Approximately $75,000.00 in U.S. Currency, | [Proposed] **ORDER ON STIPULATION** |
| | **FOR RESCHEDULING HEARING AND** |
| Defendant. | **CASE MANAGEMENT CONFERNCE** |
| _____/ | |
| Patricia Patriarch. Individually, and as the Administratrix to the Estate of Joseph Patriarch, | |
| Claimants. | |
| _____/ | |

PURSUANT TO THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED THAT the Case Management Conference and the hearing on Claimant's Motion to Dismiss is rescheduled to May 9, 2017, at 9:00 a.m.

Date:   February _28_, 2017

_____
THE HONORABLE ELIZABETH L. PORTE
United States Ocilintcvg Judge

[PROPOSED] ORDER RE: SCHEDULING
CASE NO. 3:16-CV-07095 (EDL)